# United States Bankruptcy Court
## Western District of Louisiana

**Case No.:** 15−80013
**Chapter:** 13
**Judge:** Henley A. Hunter

**In Re:**
   Amanda Murray
   1576 Leglise Street
   Mansura, LA 71350

**Social Security No.:**
   xxx−xx−4217

**Employer's Tax I.D. No.:**

---

## NOTICE TO STRIKE PETITION AND CASE CLOSED

**NOTICE IS GIVEN THAT:**

The above referenced petition has been striken for failure of putative debtor/petitioner to comply with 11 U.S.C. Section 109(h), and the matter closed forthwith.

Date: 1/29/15

                                                  **Edward A. Takara**
                                                  Clerk of the Bankruptcy Court